UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MONICA N. THROWER,              )
                                )
        Plaintiff,               )
                                )
v.                              )   **JUDGMENT**
                                )
                                )   No. 5:15-CV-290-FL
                                )
CAROLYN W. COLVIN,              )
Acting Commissioner of Social Security, )
                                )
        Defendant.               )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 9, 2016, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the memorandum and recommendation.

**This Judgment Filed and Entered on September 9, 2016, and Copies To:**

Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)


September 9, 2016                    JULIE RICHARDS JOHNSTON, CLERK
                                       /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk