IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-cv-290-FL

| | |
|---|---|
| MONICA THROWER, )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner of Social )<br>Security, )<br>)<br>         Defendant. ) | **CONSENT ORDER** |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,114.00 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's attorney $4,114.00 for attorney fees if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

This  27th  day of _____September_____, 2016,

_____
United States District Judge

CONSENTED TO:

/s/CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com


/s/ LISA RAYO
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Altmeyer Building, Room 617
Baltimore, MD 21235-6401
Telephone: (410) 965-2055
Facsimile: (410) 597-0137
E-mail: Lisa.Rayo@ssa.gov
California Bar # 164465